

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | HUGH A. ZUBER<br>Assistant Corporation Counsel<br>212-442-0832<br>212-788-9776<br>hzuber@law.nyc.gov |

December 27, 2007

BY FACSIMILE (212) 805-6191
Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

Re: *Gary Herman v. City of New York, et al.*, 07-CV-11108(BSJ)(HBP)

Dear Judge Jones:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendant City of New York. I am writing with the consent of plaintiff's counsel, Fred Lichtmacher, Esq., to request a sixty-day enlargement of time, from December 31, 2007 to February 29, 2008, within which this office may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

    The plaintiff alleges, *inter alia*, violations of his constitutional rights under the Fourth and Fourteenth Amendments, when he was allegedly assaulted by New York City Department of Correction officers.

    Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. Accordingly, the enlargement of time will afford us the opportunity to fully investigate the matter and to secure the relevant documents.

Honorable Barbara S. Jones
December 27, 2007
Page - 2 -

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until February 29, 2008.

Thank you for your consideration of this matter.

Respectfully submitted,

Hugh A. Zuber (HZ 4935)
Assistant Corporation Counsel

Application GRANTED.
SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
1/4/08

BY FAX (212) 922-9077
Fred Lichtmacher, Esq.
Empire State Building
350 5th Avenue, Suite 7116
New York, New York 10118

2