UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

**07 CV 11108** ECF

Herman v. Rodriguez, et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

_07_ Civ. _11108_ (BSJ)(HBP)

------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

X    General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

___    Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

___    Settlement*

___    Inquest After Default/Damages Hearing

___    Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

___    Consent under 28 U.S.C. §636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

    Purpose:_____

___    Habeas Corpus

___    Social Security

___    Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

    Particular Motion:_____

    _____

    All such motions: ___

----------------------------------------------------------------------------------

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          1/31/08

                    _____
                    United States District Judge