*Jones, J*

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #:                        │
│ DATE FILED: 4/7/08            │
└──────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GARY HERMAN,

                          Plaintiff,

          -against-

NEW YORK CITY, et al.,

                          Defendants.

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**

07-CV-11108 (BSJ) (HBP)

-----------------------------------------------------------------x

WHEREAS, plaintiff commenced this action by filing a complaint on or about December 7, 2007, alleging that defendants violated his federal civil and state common law rights; and

WHEREAS, defendants have denied any and all liability arising out of plaintiff's allegations; and

WHEREAS, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1.     The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.     Defendant City of New York, hereby agrees to pay plaintiff **GARY HERMAN**, the sum of **TWENTY FIVE THOUSAND ($25,000.00) DOLLARS**, in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendants City of New York and Correction Officer Joseph Rodriguez, and to release all

defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including all claims for attorney's fees, expenses, and costs.

        3.      Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release based on the terms of paragraph "2" above and an Affidavit Concerning Liens.

        4.      Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

        5.      Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

        6.      This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       April 1, 2008


FRED LICHTMACHER, ESQ.               MICHAEL A. CARDOZO
350 Fifth Avenue, Suite 7116         Corporation Counsel of the
New York, New York 10118             City of New York
Attorneys for Plaintiff              Attorney for Defendants
                                     100 Church Street
                                     New York, N.Y. 10007
                                     (212) 442-0832


By: _____        By: _____
    Fred Lichtmacher (FL-5341)            Hugh A. Zuber (HZ-8935)
    Attorney for Plaintiffs               Assistant Corporation Counsel


SO ORDERED:

_____
HON. BARBARA S. JONES
UNITED STATES DISTRICT JUDGE
4/7/08

- 3 -